

—— Priority
—— Send
—— Clsd
—— Enter
—— JS-5/JS-6
—— JS-2/JS-3

COURTESY COPY

FILED
CLERK, U.S. DISTRICT COURT

MAR − 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOLLY KENNEY, | Case No. CV 05-00376 ABC (JWJx) |
| Plaintiff, | Honorable Audrey B. Collins |
| vs. | [~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION |
| CITY OF MANHATTAN BEACH, et al. | |
| Defendants. | |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Stipulation entered into by Defendants CITY OF MANHATTAN BEACH, ELENA MERCADO, and OFFICER KARL NILSSON and Plaintiff MOLLY KENNEY, it is hereby ordered as follows:

//

//

1

1.  This entire action is dismissed with prejudice; and

2.  Each side is to bear their own costs.


IT IS SO ORDERED.

DATED: _____3/4/08_____        _____

AUDREY B. COLLINS
United States District Judge


Submitted By:

FRANSCELL, STRICKLAND,
ROBERTS & LAWRENCE, PC


By_____
Nathan A. Oyster
Attorneys for Defendants
CITY OF MANHATTAN BEACH,
ELENA MERCADO, and OFFICER
KARL NILSSON



THE BECK LAW FIRM


By_____
Thomas E. Beck
Attorneys for Plaintiff
MOLLY KENNEY